IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| **BRITTANY CHAVEZ,** § § **Plaintiff,** § § v. § § **LELAND DUDEK,** § **Acting Commissioner of SSA,** § § **Defendant.** § | Civil Action No. 2:24-cv-00841-SCY |

## ORDER AWARDING ATTORNEY FEES UNDER EAJA

Before the Court is a Motion for Award of Attorney Fees Under the Equal Access to Justice Act and Supporting Brief.

The Court finds the appropriate hourly rates for fees are $249.91 for 2024 and 2025. The Court further finds Plaintiff's attorney is entitled to compensation of $7,123.95 for 28.30 hours of time (27.50 hours in 2024 and 0.80 hours in 2025 at an hourly rate of $251.73).

Accordingly, it is ORDERED that Defendant pay Plaintiff, Brittany Chavez, attorney fees and costs under the Equal Access to Justice Act (EAJA) in the amount of $7,123.95.

Defendant is ordered to make the check payable to Brittany Chavez but mail the check to the address of Plaintiff's attorney, Michael T. Kelly, at Morgan & Weisbrod, L.L.P., P.O. Box 821329, Dallas, Texas 75382-1329.

IT IS SO ORDERED.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE